UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY MARK MANDIGO           CIVIL ACTION NO. 13-3179-P

VERSUS           JUDGE S. MAURICE HICKS, JR.

WARDEN BURL CAIN           MAGISTRATE JUDGE HAYES

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for *Habeas Corpus* filed by Anthony M. Mandigo, [Record Document 1], is **DENIED AND DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, denies a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of November, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE